Raymond Austin, SBN 296585
Homeless Action Center
2601 San Pablo Ave
Oakland, CA 94612
Telephone: (510) 695-2260
Facsimile: (510) 858-7867
RAustin@homelessactioncenter.org

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER JONES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br><br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | CIVIL NO. 4:18-cv-2502-HSG<br><br>**Notice of Voluntary Dismissal** and ORDER<br><br>**Honorable Haywood S. Gilliam, Jr.** |

　　　　To the Honorable Court and opposing counsel: the above-named plaintiff voluntarily dismisses her claim pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

　　　　Counsel for Defendant was conferred by Plaintiff's counsel by email on December 10, 2018. Counsel for Defendant has no opposition to this motion and stipulates to the dismissal.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By:　　/s/  Raymond J. Austin
　　　　　　　　　　　　　　　　　　　　RAYMOND J. AUSTIN, CSBN #29685
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff


　　　　　　　　　　　　　　　　　　　　ALEX TSE
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

SARA WINSLOW
Chief, Civil Division
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

United States Attorney


*/s/ Ben A. Porter*
BEN A. PORTER
Special Assistant United States Attorney

**ORDER**

**APPROVED AND SO ORDERED:**

Dated:   6/14/2019

*[signature: Haywood S. Gilliam Jr.]*

THE HON.  HAYWOOD S GILLIAM, JR.
UNITED STATES DISTRICT COURT  JUDGE